IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DARRELL SMEDLEY,             )
                             )
    Plaintiff,               )
                             )   CIVIL ACTION NO.
    v.                       )    2:09cv902-MHT
                             )        (WO)
CITY OF OZARK,               )
                             )
    Defendant.               )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 28) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 27) is adopted.

(3) Defendant's motion to dismiss (Doc. No. 18) is granted.

(4) Defendant's alternative motion for a more definite statement (doc. no. 18) is denied as moot.

(5) This lawsuit is dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of July, 2010.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**